

Erik M. Bashian, Esq.
T: (516) 279-1554
F: (516) 213-0339
eb@bashpaplaw.com

*Admitted to Practice in New York and New Jersey

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  04/15/2020
```

VIA CM/ECF

April 15, 2020

United States District Judge Valerie Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, New York 10007



      **Re:**   *Deleston v. East of Harlem Limited Liability Company et al.*
            **SDNY Case No.: 1:19-cv-5841-VEC**

Dear District Judge Caproni:

     This office represents Plaintiff Jermaine Deleston ("Plaintiff") in connection with the above-referenced action. An initial pre-trial conference is scheduled for April 24, 2020 at 10:00 a.m. On February 11, 2020, Your Honor referred this action to the Mediation Program. (D.E. 37). However, the parties have been delayed in participating in a mediation due to COVID-19. The parties have a conference call with the assigned mediator on April 22, 2020 to discuss how mediation will be conducted during this time. Accordingly, it is respectfully requested that Your Honor reschedule the conference and all of its deadlines to a date of Your Honor's convenience or to a date in mid-June, so that the parties can move forward with mediation. In addition, the defendants request that their time to answer the complaint also be extended until the new date of the conference. Plaintiff consents to this request.

     We thank the Court for your time and consideration in this matter.

The April 24 conference is adjourned to **June 26, 2020, at 10:00 A.M.** The parties' joint pre-conference submissions are due by **June 18, 2020**. Defendants' time to answer is extended through **June 26, 2020**.

SO ORDERED.     Date: 04/15/2020

*/s/ Valerie Caproni* (signature)

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

BASHIAN & PAPANTONIOU, P.C.

*/s/ Erik M. Bashian*
_____
Erik M. Bashian, Esq.