

Erik M. Bashian, Esq.
T: (516) 279-1554
F: (516) 213-0339
eb@bashpaplaw.com

*Admitted to Practice in New York and New Jersey

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/26/2020
```

VIA CM/ECF

June 26, 2020

United States District Valerie Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007



**MEMO ENDORSED**

**Re:** *Deleston v. East of Harlem Limited Liability Company et al.*,
**Case No.: 1:19-cv-5841-VEC**

Dear District Judge Caproni:

    This office represents the Plaintiff Jermaine Deleston ("Plaintiff") in connection with the above-referenced action. As previously reported the above referenced action has been settled. Currently, Plaintiff is waiting to receive the original executed settlement agreement from the defendants whose counsel has indicated is in transit. Our office is currently closed in light of the Covid-19 pandemic and upon our receipt of the signed documents at our office, the parties intend to file a Stipulation of Dismissal. Respectfully, we are requesting together with counsel for the defendants an extension of time to file an application to reopen this action for fourteen (14) days so that all parties and their counsel can receive the fully executed settlement agreement.

    We thank the Court for your time and consideration in this matter.

Respectfully submitted,

BASHIAN & PAPANTONIOU, P.C.

*/s/ Erik M. Bashian*
_____
Erik M. Bashian, Esq.

cc:    Ambrose Wotorson, Esq. *(via CM/ECF)*

---

The Court credits counsel's representation that the agreement has been signed and is in transit. Accordingly, the Court will not hold the case open for Plaintiff's counsel to check his mail. Application DENIED.

SO ORDERED.    Date: 06/26/2020

*[Signature: Valerie Caproni]*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE